**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  ESTATE OF LEONARD J.   : No. 107 MM 2014
MOSKOWITZ, DECEASED     :
                :
                :
                :
PETITION OF:  MICHAEL B. FEIN AND :
BERNICE FEIN        :

## ORDER

**PER CURIAM**

  **AND NOW**, this 3rd day of September, 2014, the "Application under Rule 3315 for Review of Stay Order" and the Application for Leave to File Post-Submission Communication are **DENIED**.